(No. 5770— )

RONALD WAINER, d/b/a 3441 WEST JACKSON BUILDING, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed July 9, 1970.*

RONALD WAINER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5771— )

ANN C. LIMERICK, EXECUTOR OF THE ESTATE OF GEORGE F. LIMERICK, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS PATTERN JURY INSTRUCTION COMMITTEE, Respondent.

*Opinion filed July 9, 1970.*

HATCH, CORAZZA, BAKER AND JENSEN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5774— )

BIAGIO FRISINA, Claimant, *vs.* STATE OF ILLINOIS, DRIVERS EXAMINATION STATION, Respondent.

*Opinion filed July 9, 1970.*

ROBERT D. McWARD, Attorney for Claimant.